CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 1 5 2009

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| EARL HAMMONDS, | |
| Petitioner, | Case No. 7:09CV00365 |
| v. | **ORDER** |
| GENE JOHNSON, DIRECTOR, | By: Glen E. Conrad |
| Respondent. | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The motion to dismiss is **DENIED**; and

2. The above referenced petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **REFERRED** to the Hon. Michael F. Urbanski, United States Magistrate Judge for the Western District of Virginia, to conduct any or all proceedings that may arise in this civil action, including an evidentiary hearing, if necessary, and to submit to the Court a report setting forth appropriate findings of fact, conclusions of law, and a recommended disposition, pursuant to 28 U.S.C. §636(b)(1)(B).

ENTER: This 15th day of December, 2009.

_____
United States District Judge